## Commonwealth *v.* Kish, Appellant.

Submitted December 11, 1972. *John J. Segata, Jr.,* Assistant Public Defender, for appellant; *Alan B. McFall,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lane, Appellant.

Submitted December 12, 1972. *Mary Bell Hammerman,* for appellant; *Charles D. Milstein* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.